IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) RICARDO BETANCOURT-BALLESTEROS**<br>2) JOSE RAMON PARRA-BOTERO<br>3) WILLIAM GARZON<br>4) CARLOS MAESTRE-ASTACIO<br>5) MANUEL DE JESUS CEDEÑO-VILORIO<br>6) MIGUEL ANGEL BUILES-MEJIA<br>7) JOSE GOMEZ-CUBERO<br>8) JOSE I. VALENTIN-LOPEZ<br>Defendants | CRIMINAL 10-0113CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 6, 2012 (**docket entry 176**) on a Rule 11 proceeding of defendant Ricardo Betancourt-Ballesteros (1) held before U.S. Magistrate Judge Bruce J. McGiverin on September 5, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 5, 2012. The **sentencing hearing is set for December 4, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge